**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

CHIPS COMMUNITIES UNITED and SIERRA CLUB,

*Petitioners,*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency,

*Respondents.*

No. __________

# PETITION FOR REVIEW

Pursuant to Section 19 of the Toxic Substances Control Act ("TSCA"), 15 U.S.C. § 2618, and Rule 15 of the Federal Rules of Appellate Procedure, CHIPS Communities United and Sierra Club hereby petition this Court for review of the attached TSCA Section 5 Consent Order, signed by Respondent United States Environmental Protection Agency on June 1, 2026 and countersigned on June 4, 2026, authorizing the manufacture, processing, distribution in commerce, use, and disposal of the new chemical substance identified under premanufacture notice number P-26-0029, subject to the conditions enumerated therein. A copy of the Consent Order is attached to this petition.

DATED: August 14, 2026

Respectfully submitted,

*s/ Jonathan Kalmuss-Katz*

JONATHAN KALMUSS-KATZ
KELLY E. LESTER
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
T: (212) 845-7376
T: (332) 251-0243
jkalmusskatz@earthjustice.org
klester@earthjustice.org

ALANA REYNOLDS
Earthjustice
1250 I St NW, 4th Floor
Washington, DC 20005
T: 202-667-4500
areynolds@earthjustice.org

*Counsel for Petitioners CHIPS Communities United and Sierra Club*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, Petitioners CHIPS Communities United and Sierra Club state that none of the Petitioners has a parent corporation and no publicly held corporation owns 10% or more of any petitioner organization's stock. Petitioner CHIPS Communities United is fiscally sponsored by Jobs With Justice Education Fund, which has no parent corporation or publicly issued stock.

DATED: August 14, 2026

Respectfully submitted,

*s/ Jonathan Kalmuss-Katz*

JONATHAN KALMUSS-KATZ
KELLY E. LESTER
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
T: (212) 845-7376
T: (332) 251-0243
jkalmusskatz@earthjustice.org
klester@earthjustice.org

ALANA REYNOLDS
Earthjustice
1250 I St NW, 4th Floor
Washington, DC 20005
T: 202-667-4500
areynolds@earthjustice.org

*Counsel for Petitioners CHIPS Communities United and Sierra Club*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14 day of August 2026, I filed the foregoing **Petition for Review** and **Rule 26.1 Disclosure Statement** through the Court's Appellate Case Management System and served a copy by certified mail to each of the following addresses:

Lee Zeldin, Administrator
United States Environmental Protection Agency
Office of the Administrator, Mail Code 1101A
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Correspondence Control Unit
United States Environmental Protection Agency
Office of General Counsel, Mail Code 2311
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Todd Blanche, Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

DATED: August 14, 2026

Respectfully submitted,

*s/ Jonathan Kalmuss-Katz*
Jonathan Kalmuss-Katz