**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| CHIPS COMMUNITIES UNITED and SIERRA CLUB,<br><br>*Petitioners*,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and<br>LEE ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>*Respondents*. | Case No. 26-5236 |
| CHIPS COMMUNITIES UNITED and SIERRA CLUB,<br><br>*Petitioners*,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and<br>LEE ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>*Respondents*. | Case No. 26-5238 |

**JOINT MOTION TO CONSOLIDATE AND ENTER CASE MANAGEMENT SCHEDULE**

Petitioners CHIPS Communities United and Sierra Club and Respondents U.S. Environmental Protection Agency and Lee Zeldin, in his official capacity as

Administrator of the U.S. Environmental Protection Agency, (collectively, "EPA") jointly move the Court to: (1) consolidate Case Nos. 26-5236 and 26-5238 and (2) enter the proposed case management schedule. In support of this joint motion, the Parties state as follows:

1. On August 14, 2026, Petitioners filed petitions for review under the Toxic Substances Control Act ("TSCA"), 15 U.S.C. § 2618, challenging two EPA consent orders issued under TSCA section 5(e), 15 U.S.C. § 2604(e), which prohibit and otherwise limit the manufacture, processing, distribution in commerce, use, and disposal of two chemical substances identified in the premanufacture notification submissions P-26-0045 and P-26-0029 (Case Nos. 26-5236 and 26-5238, respectively), except in accordance with the orders' terms and conditions.

2. The Parties agree that consolidation of the two cases is appropriate because both cases involve the same Petitioners and Respondents, the challenged consent orders overlap in critical respects, and Petitioners and Respondents expect to raise similar arguments in both proceedings. Consolidating these two petitions will prevent unnecessary duplication and will preserve the resources of the Parties and the Court.

3. Under Rule 17 of the Federal Rules of Appellate Procedure EPA's deadline to file a certified index of all documents constituting the record is

presently September 23, 2026. EPA requires a two-month extension to November 23, 2026. *See* Fed. R. App. P. 17(a), 26(b).

4. Good cause exists for this extension. EPA is presently compiling the documents in the administrative record but needs additional time, given the size and temporal scope of the record. Moreover, because the record will contain confidential information, additional time is necessary for the Parties to negotiate and enter into a protective order and move for entry of the protective order by the Court. EPA will also need additional time to comply with TSCA notification requirements it believes are applicable prior to the disclosure of any confidential information. *See* 15 U.S.C. § 2613(g)(2).

5. There is also a pending request by the premanufacture notice submitter to amend one of the consent orders challenged in this case. The schedule below would provide time for Petitioners to file additional or amended pleadings, if needed, once EPA resolves that request.

6. The Parties therefore move to set a case management schedule as follows:

| **Brief or Submission** | **Due Date** |
|---|---|
| Certified index of the administrative record | November 23, 2026 |
| EPA produces record documents to Petitioners | January 29, 2027 |
| Petitioners' opening brief | April 14, 2027 |
| EPA's answering brief | June 28, 2027 |
| Petitioners' reply brief | August 12, 2027 |

WHEREFORE, the Parties respectfully request that the Court grant this motion and issue an order (1) consolidating Case Nos. 26-5236 and 26-5238 and (2) approving the briefing schedule in Paragraph 6 above.

Dated: September 21, 2026.

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

*/s/ Mario A. Luna*
Mario A. Luna
U.S. Department of Justice
ENRD
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 532-3357
Email: Mario.Luna@usdoj.gov

*Counsel for Respondents*

*s/ Jonathan Kalmuss-Katz*
JONATHAN KALMUSS-KATZ
KELLY E. LESTER
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
T: (212) 845-7376
T: (332) 251-0243
jkalmusskatz@earthjustice.org
klester@earthjustice.org

ALANA REYNOLDS
Earthjustice
1250 I St NW, 4th Floor
Washington, DC 20005
T: 202-667-4500

areynolds@earthjustice.org

*Counsel for Petitioners*
*CHIPS Communities United*
*and Sierra Club*

**CERTIFICATE OF COMPLIANCE**

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains ______ words. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

## CERTIFICATE OF SERVICE

I hereby certify that, on this 21st day of September 2026, the foregoing **JOINT MOTION TO CONSOLIDATE AND ENTER CASE MANAGEMENT SCHEDULE** has been filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate ACMS system. I certify that all participants in the case are registered ACMS users and that service will be accomplished by the appellate ACMS system.

*/s/ Mario A. Luna*
MARIO A. LUNA